395 A.2d 960

Brown v. Hall, Appellant.

Brown, Appellant, v. Hall.

Argued September 11, 1978. Richard C. Snelbaker, for appellant at No. 539, and appellee at No. 540; N. Rovner, with him Richard C. Angino, for appellant at No. 540, and appellee at No. 539.

Before PRICE, HESTER and HOFFMAN, JJ.

Order affirmed.

395 A.2d 960

Chapman v. Borough of Narberth, Appellant, et al.

Argued September 13, 1978. Edwin F. McCoy, for appellant; No appearance entered nor brief submitted for appellee, Chapman; Hugh O'Neill, for appellee, Gillis & Moore, Inc.; John C. Donlevie, for appellee, Cook.

Before VAN der VOORT, WATKINS and MONTGOMERY, JJ.

Judgment affirmed.